FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV -2 P 4: 22
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
BY_____DEPUTY

$50.00 FEE PAID
#1180343
FEE NOT PAID
(SEND LETTER)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### NORTHERN DIVISION

POINT BLANK BODY ARMOR, INC.
a Delaware Corporation,

          Plaintiff,

v.

ALLEN L. PRICE,
JOSEPH KRUMMEL and
JAMES MURRAY

          Defendants.

CIVIL ACTION NO.

MJG 01 CV 3256

\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Harry M. Rifkin**, am a member in good standing of the bar of this Court. My bar number is **01333**. I am moving the admission of Angelo M. Filippi to appear *pro hac vice* in this case as counsel for Plaintiff, Point Blank Body Armor, Inc.

We certify that:

1.  Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York 2nd App. Div. | June 1985 |
| Florida Supreme Court | January 1991 |
| U.S. District Court for the Southern District of Florida | April 1997 |
| U.S. District Court for the | March 1998 |

      Middle District of Florida
      U.S. Court of Appeals for the            February 1998
      Eleventh Circuit

3.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    The undersigned movant xxxxxxxxxxxxxxxxxxxxxxxxx is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Harry M. Rifkin - Bar No.: 01333 | Angelo M. Filippi |
| Printed Name | Printed Name |
| Hodes, Ulman, Pessin & Katz, P.A. | Stearns Weaver et al, P.A. |
| Firm 901 Dulaney Valley Road, Suite 400 | Firm 200 E. Broward Blvd., St. 1900 |
| Towson, MD 21204 | Ft. Lauderdale, FL 33301 |
| Address | Address |
| (410) 938-8800 | (954) 462-9595 |
| Telephone Number | Telephone Number |
| (410) 321-7044 | (954) 463-9567 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☑ **GRANTED**    ☐ **DENIED**

_November 2, 2001_                    _[signature]_

Date                                  United States District Judge

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
200 EAST BROWARD BOULEVARD, SUITE 1900, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 462-9500