Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 W. Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE

2001 NOV 21  P 2: 44

CLERK'S OFFIC.

_____DEPUTY

November 21, 2001

MEMORANDUM TO COUNSEL RE: <u>POINT BLANK BODY ARMOR, INC v. ALLEN PRICE, et al</u>
CIVIL NO. MJG-01-CV-3256

Dear Counsel:

On November 14, 2001, a telephone conference was held to resolve Plaintiff's Motion to Extend Temporary Restraining Order. During the conference, counsel stated that they might be able to reach an interim agreement which would moot the request for a temporary restraining order. In light of this possibility, the Court instructed the parties to negotiate the issues raised by the motion and report back the following day.

On November 15, 2001, a second telephone conference was held. During the conference, Plaintiff notified the Court that the enlargement of the temporary restraining order was no longer necessary because an interim agreement had been reached with Defendant. Accordingly, Plaintiff's Motion is DISMISSED as moot.

As stated at the conference, the parties are instructed to write a letter to Judge Garbis that briefly details the history and resolution of Plaintiff's motion.



Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c: Court File