UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 17  P 12: 53

AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. : <br> a Delaware Corporation, : <br> : <br> Plaintiff, : <br> : CIVIL ACTION NO. MJG 01 CV 3256 <br> v. : <br> : <br> ALLEN PRICE, : <br> JOSEPH KRUMMEL, and : <br> JAMES MURRAY : <br> : <br> Defendants. : <br> _____ : | |

## NOTICE OF FILING LINE WITHDRAWING PLAINTIFF'S MOTION FOR INTERLOCUTORY RELIEF

COMES NOW, Point Blank Body Armor, Inc., by and through undersigned counsel, and hereby notifies the court that, pursuant to an agreement between the parties, Plaintiff withdraws its Motion for Temporary Restraining Order and Preliminary Injunction, without prejudice.

Respectfully submitted this 17 day of December, 2001.

_____
Angelo M. Filippi
Florida Bar No. 0880851

Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
200 East Broward Boulevard
Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 462-9500
Facsimile: (954) 462-9567

Approved,
[signature] 12/17/01

_____
Harry M. Rifkin
Federal Bar No. 01333

Harry M. Rifkin
Hodes, Ulman, Pessin & Katz, P.A.
Suite 400
901 Dulaney Valley Road
Towson, Maryland 21204
Telephone: (401) 938-8800
Facsimile: (401) 823-6017

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the above and foregoing was forwarded, via U.S. Mail, to Counsel for Defendants, Richard D. Bennett, Robert S. Brennen and William M. Krulack, Jr. of the firm of Miles & Stockbridge P.C., 10 Light Street, Baltimore, Maryland 21202 and Richard E. Jackson, 205 East Main Street, Elkton, Maryland 21921-5769 on this 17th day of December, 2001.

                   _____
                   Harry M. Rifkin

I:\W-LIT\36044\006\line.001.wpd