# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| Plaintiff | * |
| v. | * |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | *   Civil Action No. MJG 01 CV 3256 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT REQUEST FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff, Point Blank Body Armor, Inc. and Defendants and Counterclaimants, Allen Price, Joseph Krummel, and James Murray hereby request that the Scheduling Order entered by the Court on November 27, 2001 be modified, and, in connection therewith, state:

1.      This matter arises from Plaintiff's claims that the Defendants have misappropriated Plaintiff's trade secrets in violation of the Maryland Uniform Trade Secret Act, Md. Com. Law II Code Ann. §§11-1201 *et seq.* and have breached contracts relating to Plaintiff's confidential information. Defendants have asserted counterclaims for unpaid salary earned while in Plaintiff's employ.

2.      The parties commenced discovery in late December 2001 and have continued to work toward its completion. However, due to the other personal and professional commitments of their counsel, and disputes that have arisen regarding the legitimate scope of discovery and the adequacy of certain discovery responses, the parties have not completed discovery and are in agreement that they will not be able to complete discovery prior to April 11, 2002, the present deadline for its completion under the Scheduling Order.



3. The parties believe that a sixty (60) day extension of the discovery deadline would allow sufficient time to complete the discovery process in an efficient and cost-effective manner.

WHEREFORE, Plaintiff, Point Blank Body Armor, Inc. and Defendants and Counterclaimants, Allen Price, Joseph Krummel, and James Murray hereby request that the Scheduling Order entered by the Court on November 27, 2001 be modified as follows:

| | |
|---|---|
| **Discovery deadline; submission of status report** | June 11, 2002 |
| **Requests for admission** | June 18, 2002 |
| **Dispositive pretrial Motions deadline** | July 18, 2002 |

/s/ Richard D. Bennett
Richard D. Bennett (Fed. Bar # 58833)
Robert S. Brennen (Fed. Bar # 04499)
William M. Krulak, Jr. (Fed. Bar No. # 26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
Attorneys for Defendants Allen Price,
Joseph Krummel, and James Murray

/s/ Angelo Filippi /aro
Angelo Filippi (admitted *pro hac vice*)
Stearns, Weaver, Miller, Weissler,
Alhadeff & Sitterson, P.A.
200 East Broward Boulevard
Suite 1900
Fort Lauderdale, Florida 33301
Attorneys for Plaintiff
Point Blank Body Armor, Inc.

Approved this 8 day of July, 2002

/s/ Marvin J. Garbis
Marvin J. Garbis
United States District Judge