UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 APR 23  A 9: 35

POINT BLANK BODY ARMOR, INC.,

       Plaintiff,

v.

ALLEN PRICE,
JOSEPH KRUMMEL, and
JAMES MURRAY,

       Defendants.

Civil Action No. MJG 01 CV 3256

**INTERIM ORDER DIRECTING THAT EXHIBIT 6, 7, 8, 12, 13, 14 OF PLAINTIFF'S SANDRA HATFIELD'S AFFIDAVIT AND EXHIBIT C, D, E, F OF PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** _BE SEALED_

    WHEREAS, Plaintiff Point Blank Body Armor, Inc. ("Point Blank or "Plaintiff") have filed an Interim Sealing Motion seeking to have Exhibit 6, 7, 8, 12, 13, 14 to the Affidavit of Sandra Hatfield, which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment, and Exhibit C, D, E, F, which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment, accepted and maintained by the Clerk under seal (the "Motion").

    WHEREAS, in the Motion, the Plaintiff has "proposed reasons supported by specific factual representations to justify the [requested] sealing", in accordance with L.R. 105.11;



WHEREAS, the Plaintiff has identified the following portion of the record as that portion which is subject to the Motion: Exhibit 6, 7, 8, 12, 13, 14 to the Affidavit of Sandra Hatfield, which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment, and Exhibit C, D, E, F which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment, (the "Sealed Record");

WHEREAS the Court has considered the Motion and any opposition thereto;

WHEREAS, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

WHEREAS, the Defendants have stated in the Motion why alternatives to sealing would not provide sufficient protection;

WHEREAS, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

WHEREAS, the Court finds and holds that sealing of a portion and/or portions of the record, specified herein, is appropriate;

Accordingly, it is the 23rd day of April, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motion for Interim Sealing Order be, and the same hereby is, GRANTED, as specifically set forth herein;

2. That Exhibits 6, 7 8, 12, 13, 14 to the Affidavit of Sandra Hatfield, which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment and Exhibits C, D, E, F, which is attached to the Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of

Plaintiff's Cross Motion for Summary Judgment be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Record shall be placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED *April 23, 2002*."

    3.    A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

/s/ Marvin J. Garbis
Marvin J. Garbis
United States District Judge