**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| Plaintiff | * |
| v. | * |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | *   Civil Action No. MJG 01 CV 3256 |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**INTERIM ORDER DIRECTING THAT EXHIBIT 5 OF DEFENDANT ALLEN PRICE'S AFFIDAVIT BE ACCEPTED AND MAINTAINED UNDER SEAL**

Whereas, Defendants Allen Price, Joseph Krummel, and James Murray (the "Defendants") have filed an Interim Sealing Motion seeking to have Exhibit 5 to the Affidavit of Defendant Allen Price, which is attached to the Memorandum in Support of Defendants' Motion for Summary Judgment, accepted and maintained by the Clerk under seal (the "Motion");

Whereas, in the Motion, the Defendants have "proposed reasons supported by specific factual representations to justify the [requested] sealing", in accordance with L. R. 105.11;

Whereas the Defendants have identified the following portion of the record as that portion which is subject to the Motion: Exhibit 5 to the Affidavit of Defendant Allen Price, which is attached to the Memorandum in Support of Defendants' Motion for Summary Judgment (the "Sealed Record");

Whereas the Court has considered the Motion and any opposition thereto;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, the Defendants have stated in the Motion why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion and/or portions of the record, specified herein, is appropriate;

Accordingly, it is this _6th_ day of ~~April~~ _May_, 2002, by the United States District court for the District of Maryland, ORDERED:

1. That the Motion for Interim Sealing Order be, and the same hereby is, GRANTED, as specifically set forth herein;

2. That Exhibit 5 to the Affidavit of Defendant Allen Price, which is attached to the Memorandum in Support of Defendants' Motion for Summary Judgment be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Record shall by placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED _May 6, 2002_."

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

_/s/ Marvin J. Garbis_
Marvin J. Garbis
United States District Judge