FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -3  P 3: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

POINT BLANK BODY ARMOR, INC.          *

        Plaintiff                   *

vs.                                   *   CIVIL ACTION NO. MJG-01-3256

ALLEN PRICE, et al.                   *

        Defendants                  *

*   *   *   *   *   *   *   *   *

ORDER

In accordance with the proceedings held in this matter on this date:

1. Plaintiff's Rule 56(f) Motion to Strike Defendants' Motion for SummaryJudgment is DENIED.

2. Plaintiff's Motion for a Continuance of Time to Respond is GRANTED.

3. Plaintiff shall respond and/or file a supplemental response to Defendants' Motion for Summary Judgment by July 31, 2002.

4. Defendants may reply by August 15, 2002.

5. A hearing shall be scheduled if necessary.

SO ORDERED this _3rd_ day of June, 2002.

                                                Marvin J. Garbis
                                        United States District Judge