UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

POINT BLANK BODY ARMOR, INC.     *

     Plaintiff                *

v.                      *

ALLEN PRICE,              *     Civil Action No. MJG 01 CV 3256
JOSEPH KRUMMEL, and
JAMES MURRAY           *

     Defendants.          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## INTERIM ORDER DIRECTING THAT EXHIBITS "R" AND "T" TO DEFENDANTS' REPLY TO PLANTIFF'S SUPPLEMENTAL MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT BE ACCEPTED AND MAINTAINED UNDER SEAL

Whereas, Defendants Allen Price, Joseph Krummel, and James Murray (the

"Defendants") have filed an Interim Sealing Motion seeking to have Exhibits "R" and "T" to the

Reply to Plaintiff's Supplemental Memorandum in Response to Defendants' Motion for

Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment, accepted

and maintained by the Clerk under seal (the "Motion");

Whereas, in the Motion, the Defendants have "proposed reasons supported by specific

factual representations to justify the [requested] sealing", in accordance with L. R. 105.11;

Whereas the Defendants have identified the following portion of the record as that

portion which is subject to the Motion: Exhibits "R" and "T" to the Reply to Plaintiff's

Supplemental Memorandum in Response to Defendants' Motion for Summary Judgment and in

Support of Plaintiff's Cross Motion for Summary Judgment (the "Sealed Record");

Whereas the Court has considered the Motion and any opposition thereto;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, the Defendants have stated in the Motion why alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion and/or portions of the record, specified herein, is appropriate;

Accordingly, it is this 26th day of August, 2002, by the United States District court for the District of Maryland, ORDERED:

1.     That the Motion for Interim Sealing Order be, and the same hereby is, GRANTED, as specifically set forth herein;

2.     That Exhibits "R" and "T" to the Reply to Plaintiff's Supplemental Memorandum in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Record shall by placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED August 26, 2002."

3.     A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

Marvin J. Garbis
United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13ᵗʰ day of August, 2002, a copy of the foregoing **Proposed Order** was sent via first class mail to:

> Angelo Filippi
> Stearns, Weaver, Miller, Weissler,
>  Alhadeff & Sitterson, P.A.
> 200 East Broward Boulevard
> Suite 1900
> Fort Lauderdale, Florida 33301

and via hand-delivery to:

> Harry Rifkin
> Hodes, Ulman, Pessin & Katz, P.A.
> Suite 400
> 901 Dulaney Valley Road
> Towson, Maryland 21204
>
> Attorneys for Plaintiff
> Point Blank Body Armor, Inc.

_____
William M. Krulak, Jr.