```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

POINT BLANK BODY ARMOR, INC.         *

        Plaintiff              *

vs.                                  *    CIVIL ACTION NO. MJG-01-3256

ALLEN PRICE, et al.                  *

        Defendants             *

\*      \*      \*      \*      \*      \*      \*      \*      \*

## MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion for Leave to Respond to Defendants' Argument Relating to Attorney Fees and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Court sees no purpose to be served by declining to read Plaintiff's proffered arguments. If, as Defendants suggest, the proffered pleading "adds nothing that is not already before the Court" then Defendants suffer no possible detriment and need not reply. If the proffered pleading presents any new matter, Defendants will have a chance to reply.

For the foregoing reasons:

    1.  Plaintiff's Motion for Leave to Respond to Defendants' Argument Relating to Attorney Fees is GRANTED.



      2.    Defendants may, but need not, file a reply to Plaintiff's response by January 10, 2003.

SO ORDERED this __30th__ day of December, 2002.

/s/ Marvin J. Garbis
_____
Marvin J. Garbis
United States District Judge