

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | IN THE UNITED STATES |
| Plaintiff | * | DISTRICT COURT |
| vs. | * | FOR THE DISTRICT |
| ALLEN PRICE, et al. | * | OF MARYLAND |
| Defendants | * | CIVIL ACTION NO.: MJG-01-3256 |

\* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Please delete the name of Richard Eli Jackson as one of the attorneys for the Defendant in the above-captioned case. On September 13, 2002, the undersigned was appointed to the bench of the Circuit Court for Cecil County.

_____
Richard Eli Jackson
129 E. Main Street
Elkton, MD 21921

APPROVED this 9th day of January 2003

_____
  Marvin J. Garbis
  United States District Judge