IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2003 FEB 14 P 3: 46
AT BALTIMORE
DEPUTY

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. MJG-01-CV-3256 |
| ALLEN PRICE, et al | * | |
| Defendants | * | |
| | * | |

PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Paula M. Junghans, Angelo M. Filippi, and Harry M. Rifkin, file this motion for substitution of counsel in connection with the above-captioned proceeding, pursuant to Rule 101.2.b. of the Local Rules of this Court.

1.   Paula M. Junghans and the firm of Piper Rudnick LLP have been retained to represent Plaintiff, Point Blank Body Armor, Inc., in this case, and prior counsel, Angelo M. Filippi of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and Harry M. Rifkin of Hodes, Ulman, Pessin & Katz P.A. have agreed to withdraw as counsel for Plaintiff.

WHEREFORE, it is respectfully requested that the appearance of Paula M. Junghans and Piper Rudnick LLP be substituted as counsel for Plaintiff, and that Angelo M. Filippi and Harry M. Rifkin be permitted to withdraw their appearances.

_____
Paula M. Junghans (Bar No. 589)
PIPER RUDNICK LLP
1200 19TH Street NW
Washington DC  20036
(202) 861-3905
(202) 689-7537 FAX

_____
Angelo M. Filippi
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
200 East Broward Boulevard
Suite 1900
Fort Lauderdale, Florida  33301
(954) 462-9500
(954) 462-9567 FAX

_____
Harry M. Rifkin (Bar No. 01333)
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, Maryland  21204
(410) 938-8800
(410) 823-6017 FAX

So ORDERED:

_____
Marvin J. Garbis
United States District Judge
Date: 2/14/03

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a Copy of the Plaintiff's Motion for Substitution of Counsel was served by facsimile and first class mail on Richard D. Bennett, Esquire, Robert S. Brennen, Esquire, and William M. Krulak, Jr., Esquire, Miles and Stockbridge, 10 Light Street, Baltimore, Maryland 21202 (fax #410-385-3700) on this 13th day of February, 2003.

_____
Paula M. Junghans