```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

POINT BLANK BODY ARMOR, INC.    *

       Plaintiff          *

       vs.                * CIVIL ACTION NO. MJG-01-3256

ALLEN PRICE, et al.              *

       Defendants         *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## TRIAL SCHEDULE ORDER

In accordance with the proceedings held in this matter on this date:

1. The case shall proceed on Counterclaim issues.

2. Discovery on Counterclaim issues shall be completed by June $2^1$.

3. By June 23:

    a. The Pretrial Order shall be filed.

    b. Any motions in limine shall be filed.

    c. Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

    d. Requested jury instructions shall be filed (in duplicate).

---

[1] All dates referred to herein are in the year 2003.

COUNSEL MUST BE SURE TO NOTE THAT:

 (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

 (2) ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

 e. Defendants shall arrange the scheduling for the pretrial conference at a mutually convenient time during the week of June 30.

4. Jury trial shall begin on Monday, July 14 with an estimated duration of two to three trial days.

SO ORDERED, on <u>Tuesday, 1 April, 2003</u>.

          / s /
        Marvin J. Garbis
      United States District Judge