IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Allen Price, Joseph Krummel and
James Murray
    **Counter-Plaintiffs**

    v.         *      Civil No. MJG-01-3256

Point Blank Body
    **Counter-Defendant**

\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of that the summons and Complaint were properly served upon the above named Counter Defendant on __February 19, 2003__, and that the time for said Defendant to plead or otherwise defend expired on __March 5, 2003__, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this __24th__ day of __April__, 2003

FELICIA C. CANNON, CLERK

By: _Hannah B. Merez_
Hannah B. Merez, Deputy Clerk