UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | |
| Plaintiff | * | |
| v. | * | |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * | Civil Action No. MJG 01 CV 3256 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Counterclaimants, Allen Price, Joseph Krummel, and James Murray's Motion for Judgment by Default and the Affidavits of Messrs. Price, Krummel, Murray, Scott E. Bauermaster, and Robert S. Brennen it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland

**ORDERED**, that Counterclaimants' request be, and hereby is **GRANTED**; and it is further

**ORDERED** that judgment be, and hereby is, entered in favor of Counterclaimant, Allen L. Price and against Counterclaim Defendant, Point Blank Body Armor, Inc. as to Count III of the Amended Counterclaim in the amount of Five Hundred Thirty-Three Thousand Nine Hundred and Sixty-Five Dollars and Sixty-One Cents ($533,965.83) and post judgment interest; and it is further

**ORDERED** that judgment be, and hereby is, entered in favor of Counterclaimant, Joseph E. Krummel, and against Counterclaim Defendant, Point Blank Body Armor, Inc. as to Count VI

of the Amended Counterclaim in the amount of Two Hundred Ninety-Seven Thousand and Ninety Dollars ($297,090) and post judgment interest; and

**ORDERED** that judgment be, and hereby is, entered in favor of Counterclaimant, James W. Murray, and against Counterclaim Defendant, Point Blank Body Armor, Inc. as to Count IX of the Amended Counterclaim in the amount of One Hundred Forty-One Thousand Three Hundred and Thirty Dollars ($141,330) and post judgment interest; and

**ORDERED** that judgment be, and hereby is, entered in favor of Counterclaimants, Allen L. Price, Joseph E. Krummel, and James W. Murray and against Counterclaim Defendant, Point Blank Body Armor, Inc., for attorneys' fees in the amount of One Hundred Eight-Six Thousand Five Hundred Thirty-Six Dollars and Sixty-Eight Cents ($186,536.68); and

**ORDERED** that judgment be, and hereby is, entered in favor of Counterclaimants, Allen L. Price, Joseph E. Krummel, and James W. Murray and against Counterclaim Defendant, Point Blank Body Armor, Inc., for costs of suit equal to _____.

_____
Judge Marvin J. Garbis
United States District Court
 for the District of Maryland
