UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | |
| Plaintiff | * | |
| v. | * | |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * | Civil Action No. MJG 01 CV 3256 |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Allen L. Price, Joseph E. Krummel, and James W. Murray, Counterclaimants, by their undersigned attorneys, hereby withdraw their Motion for Judgment by Default

Dated: May 13, 2003

Respectfully submitted,

/s/
Robert S. Brennen, Esquire #04499
William M. Krulak, Jr. Esquire #26452
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Counterclaimants,
 Price, Krummel, and Murray