IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC.<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>ALLEN PRICE, et al.<br><br>    Defendants/Counter-Plaintiffs. | Civil Action No.<br><br>MJG-01 CV-3256 |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Melissa L. Mackiewicz, Piper Rudnick LLP, as counsel for the Plaintiff/Counter-Defendant, Point Blank Body Armor, Inc.

Respectfully submitted,

_Paula M. Junghans_ (MLM)
Paula M. Junghans (Bar No. 00589)
Piper Rudnick LLP
1200 Nineteenth Street NW
Washington DC 20036-2412
(202) 861-3905
(202) 689-7537 *facsimile*
paula.junghans@Piperrudnick.com

_Melissa Mackiewicz_
Melissa L. Mackiewicz (Bar No. 27005)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
(410) 580-3001 *facsimile*
melissa.mackiewicz@piperrudnick.com

Attorneys for Point Blank Body Armor, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2003, a copy of the foregoing Notice of Entry of Appearance was delivered via first class mail postage pre-paid to:

>Robert S. Brennen, Esquire
>William M. Krulak, Esquire
>Miles & Stockbridge
>10 Light Street
>Baltimore, Maryland  21202

_____
Melissa L. Mackiewicz