UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | *   Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

## SPECIAL VERDICT FORM

Defendants and Counter-Plaintiffs, Allen Price, Joseph Krummel, and James Murray, by their undersigned attorneys, request that the attached special verdict form be submitted to the Jury for entry and recordation of its verdict.

Dated: June 23, 2003

                                                       /s/
                                      Robert S. Brennen (04499)
                                      William M. Krulak (26452)
                                      MILES & STOCKBRIDGE P.C.
                                      10 Light Street, Suite 1200
                                      Baltimore, Maryland 21202
                                      (410) 727-6464

                                      Attorneys for Defendants and Counter-
                                      plaintiffs Allen Price, Joseph Krummel and
                                      James Murray