## VERDICT FORM

### I.     Breach of Contract Claim [Counts I, IV, and VII]

**Question 1(a)** Do you find that Point Blank Body Armor, Inc. ("Point Blank") breached its employment contracts with Allen Price ("Price"), Joseph Krummel ("Krummel"), and James Murray ("Murray")?

Yes_____          No_____

**Question 1(b)** If your answer to Question 1 (a) is yes, please indicate the amount of damages that you award to Price, Krummel, and Murray.

Price - $_____          Krummel - $_____          Murray - $_____

**II.**     **Unjust Enrichment Claim [Counts II, V, and VIII]**

**Question 2(a)**  Do you find that Point Blank was unjustly enriched by the work performed without compensation to Price, Krummel, and Murray?

Yes_____          No_____

**Question 2(b)**  If the answer to Question 2(a) is yes, please indicate the amount of damages to Price, Krummel, and Murray.

Price - $_____          Krummel - $_____          Murray - $_____

**III.**     **Violation of Maryland Wage Payment and Collection Act [Counts III, VI, and IX]**

**Question 3(a)** Do you find that Point Blank is liable to Price, Krummel, and Murray for violation of the Maryland Wage Payment and Collection Act?

Yes_____          No_____

**Question 3(b)** If the answer to Question 3(b) is yes, please indicate the amount of damages to Price, Krummel, and Murray.

### Salary

Price - $_____          Krummel - $_____          Murray - $_____

### Stock

Price - $_____          Krummel - $_____          Murray - $_____

### Stock Options

Price - $_____          Krummel - $_____          Murray - $_____

**Question 3(c)** Do you find that there is no bona fide dispute as to Point Blank's liability to Price, Krummel, and Murray for their unpaid salaries?

yes_____          no_____

**Question 3(d)** Do you find that there is no bona fide dispute as to Point Blank's liability to Price, Krummel, and Murray for their stock?

yes_____          no_____

**Question 3(e)** Do you find that there is no bona fide dispute as to Point Blank's liability to Price, Krummel, and Murray for their stock options?

yes_____          no_____

**IV.** **Claim that Point Blank Pursued Trade Secret Claims in Bad Faith**

**Question 4(a)** Do you find that Point Blank pursued its claims against Price for misappropriation of trade secrets in bad faith?

_____yes          _____no

**Question 4(b)** Do you find that Point Blank pursued its claims against Krummel for misappropriation of trade secrets in bad faith?

_____yes          _____no

**Question 4(c)** Do you find that Point Blank pursued its claims against Murray for misappropriation of trade secrets in bad faith?

_____yes          _____no

Date:_____                                        _____
                                                                    Foreperson