IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC.<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>ALLEN PRICE, et al.<br><br>    Defendants/Counter-Plaintiffs. | Civil Action No.<br><br>MJG-01 CV-3256 |

**ORDER**

Upon consideration of Point Blank's Motion in Limine to Exclude Evidence, Testimony, and Any Reference to Plaintiff's Former Claims and Defendants' Request for Attorney's Fees, memorandum in support thereof, and any opposition thereto, it is this _____ day of _____, 2003, **ORDERED**:

(1) That Point Blank's Motion in Limine is GRANTED;

(2) That evidence, testimony, and any reference to (a) Point Blank's former claims for misuse of confidential information and misappropriation of trade secrets against Defendants/Counter-Plaintiffs, Allen Price, Joseph Krummel, and James Murray, and (b) Defendants/Counter-Plaintiffs' request for attorneys fees pursuant to Md. Comm. Law II Code Ann., § 11-1204 is hereby EXCLUDED; and

(3) That the Clerk shall mail a copy of this Order to all counsel of record.

                                                Marvin J. Garbis, Judge