IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC.<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>ALLEN PRICE, et al.<br><br>   Defendants/Counter-Plaintiffs. | Civil Action No.<br><br>MJG-01 CV-3256 |

## NOTICE OF FILING LENGTHY EXHIBITS

Plaintiff/Counter-Defendant, Point Blank Body Armor, Inc.'s exhibits to its proposed supplemental jury instructions exceed 15 pages in length and will, therefore be filed with the Clerk's office in paper format.

I hereby certify that within 24 hours of the filing of this Notice, paper copies of these exhibits will be filed with the Clerk's office and served upon opposing counsel via hand-delivery.

               Respectfully submitted,

               _____/s/_____
               Paula M. Junghans (Bar No. 00589)
               Piper Rudnick LLP
               1200 Nineteenth Street NW
               Washington DC  20036-2412
               (202) 861-3905
               (202) 689-7537 *facsimile*

2

                                                                  /s/
                         Melissa L. Mackiewicz (Bar No. 27005)
                         Piper Rudnick LLP
                         6225 Smith Avenue
                         Baltimore, Maryland  21209-3600
                         (410) 580-3000
                         (410) 580-3001 *facsimile*

                         Attorneys for Point Blank Body Armor, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibits was delivered via electronic case filing and facsimile:

>Robert S. Brennen, Esquire
>William M. Krulak, Esquire
>Miles & Stockbridge
>10 Light Street
>Baltimore, Maryland  21202

>_____/s/_____
>Paula M. Junghans