UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | * Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'
PAGE/LINE DESIGNATIONS FOR DEPOSITION OF
DAVID BROOKS TAKEN ON JUNE 5, 2003**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby state their intention to introduce at trial the following excerpts from the deposition of David Brooks taken on June 5, 2003:

Page 1, line 8 through 16
Page 4, line 1 through 8
Page 7, line 17 through 25
Page 10, line 22 through page 12, line 5
Page 18, line 18 through page 20, line 4
Page 21, line 10 through page 29, line 10
Page 31, line 8 through page 32, line 15
Page 32, line 21 through page 37, line 16
Page 38, line 12 through page 40, line 25

Page 42, line 16 through page 43, line 20
Page 44, line 16 through page 48, line 23
Page 49, line 7 through 24
Page 52, line 8 through page 53, line 13
Page 60, line 15 through 19


Dated:		June 26, 2003


							_____/s/_____
							Robert S. Brennen (04499)
							William M. Krulak (26452)
							MILES & STOCKBRIDGE P.C.
							10 Light Street
							Baltimore, Maryland 21202
							(410) 727-6464
							(410) 385-3700 (FAX)

							Attorneys for Defendants and Counter-
							plaintiffs Allen Price, Joseph Krummel and
							James Murray


::ODMA\PCDOCS\BALT01\722211\1