UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | *   Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'
PAGE/LINE DESIGNATIONS FOR DEPOSITION OF
<u>DAWN SCHLEGAL TAKEN JUNE 5, 2003</u>**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby state their

intention to introduce at trial the following excerpts from the deposition of Dawn Schlegal taken

on June 5, 2003:

Page 1, line 9 through 17
Page 4, line through 8
Page 6, line 12 through page 7, line 6
Page 18, line 12 through page 19, line 24
Page 20, line 5 through 21, line 11
Page 21, line 18 through page 22, line 11
Page 26, line 3 through 9
Page 35, line 18 through page 37, line 24
Page 42, line 20 through page 43, line 4

Page 44, line 20 through 24
Page 45, line 8 through page 46, line 17
Page 48, line 2 through 5
Page 49, line 7 through page 55, line 11
Page 63, line 8 through page 64, line 15
Page 65, line 5 through 11
Page 66, line 15 through 22
Page 76, line 3 through 8
Page 76, line 21 through page 78, line 8
Page 79, line 16 through page 80, line 15
Page 81, line 3 through page 82, line 18
Page 84, line 25 through page 85, line 22
Page 87, line 3 through page 88, line 7
Page 89, line 14 through page 90, line 8
Page 100, line 2 through 24
Page 105, line 11 through 22
Page 115, line 6 through 9

Dated:        June 26, 2003

          /s/
Robert S. Brennen (04499)
William M. Krulak (26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (FAX)

Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\722242\1