UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | * Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'
PAGE/LINE COUNTER-DESIGNATIONS FOR DEPOSITION OF
SANDRA HATFIELD TAKEN ON JULY 24, 2002**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby counter-designate the following excerpts from the deposition of Sandra Hatfield taken on July 24, 2002:

Page 175, line 17 through Page 178, line 17
Page 179, line 19 through line 21

Dated:      June 26, 2003

           /s/
Robert S. Brennen (04499)
William M. Krulak, Jr. (26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (FAX)

Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\722651\1