**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | * Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'**
**PAGE/LINE COUNTER-DESIGNATIONS FOR DEPOSITION OF**
**<u>JOSEPH KRUMMEL TAKEN ON MAY 13, 2003</u>**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby counter-designate following excerpts from the deposition of Joseph Krummel taken on May 13, 2003:

Page 8, line 3 through Page 9, line 25
Page 13, line 19 through Page 15, line 7
Page 19, line 1 through Page 20, line 8
Page 26, line 9 through Page 27, line 8
Page 30, line 25 through Page 31, line 24
Page 32, line 14 through Page 33, line 25

Dated:       June 26, 2003

>             /s/
> Robert S. Brennen (04499)
> William M. Krulak, Jr. (26452)
> MILES & STOCKBRIDGE P.C.
> 10 Light Street
> Baltimore, Maryland 21202
> (410) 727-6464
> (410) 385-3700 (FAX)
>
> Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\722631\1