UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | * Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'
PAGE/LINE COUNTER-DESIGNATIONS FOR DEPOSITION OF
<u>JAMES W. MURRAY TAKEN ON MAY 7, 2003</u>**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby counter-designate the following excerpts from the deposition of James W. Murray taken on May 7, 2003:

Page 8, line 15 through Page 11, line 14
Page 16, line 2 through Page 18, line 7
Page 24, line 5 through line 12
Page 29, line 12 through Page 31, line 3
Page 36, line 1 through line 9
Page 39, line 21 through Page 40, line 7
Page 46, line 16 through Page 48, line 11
Page 54, line 6 through Page 56, line 16

Dated:      June 26, 2003

>                    /s/
> Robert S. Brennen (04499)
> William M. Krulak, Jr. (26452)
> MILES & STOCKBRIDGE P.C.
> 10 Light Street
> Baltimore, Maryland 21202
> (410) 727-6464
> (410) 385-3700 (FAX)
>
> Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\722632\1