UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Defendants. | * |
| | * Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**DEFENDANTS' AND COUNTER-PLAINTIFFS'
PAGE/LINE COUNTER-DESIGNATIONS FOR DEPOSITION OF
ALLEN L. PRICE TAKEN ON MAY 7, 2003**

Defendants and Counter-Plaintiffs, by their undersigned attorneys, hereby counter-

designate the following excerpts from the deposition of Allen L. Price taken on May 7, 2003:

Page 6, line 17 through Page 9, line 2
Page 10, line 7 through Page 23 line 1
Page 26, line 10 through line 17
Page 35, line 8 through Page 36, line 8
Page 39, line 12 through Page 40, line 7
Page 41, line 12 through Page 42, line 12
Page 43, line 9 through Page 44, line 12
Page 50, line 11 through Page 51, line 8
Page 57, line 1 through line 4
Page 61, line 19 through Page 63, line 15
Page 74, line 17 through Page 76, line 16

Dated: June 26, 2003

           /s/
Robert S. Brennen (04499)
William M. Krulak, Jr. (26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (FAX)

Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\722626\1

2