IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC.<br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>ALLEN PRICE, et al.<br>    Defendants/Counter-Plaintiffs. | Civil Action No.<br><br>MJG-01 CV-3256 |

**PLAINTIFF/COUNTER-DEFENDANT'S COUNTER-DESIGNATIONS OF
DEPOSITIONS OF DAWN SCHLEGEL AND DAVID H. BROOKS**

  Plaintiff/Counter-Defendant, by its undersigned attorneys, submits the following counter-designations of deposition testimony which it may introduce at trial:

Deposition of Dawn Schlegel, June 5, 2003

Page 34, Line 2 through Page 35, Line 15
Page 40, Line 13 through Page 41, Line 11
Page 41, Line 20 through Page 42, Line 8
Page 56, Line 4 through Page 59, Line 22
Page 62, Line 12 through Page 62, Line 22
Page 65, Line 18 through Page 66, Line 14
Page 74, Line 11 through Page 75, Line 7
Page 80, Line 17 through Page 81, Line 2
Page 90, Line 9 through Page 91, Line 15
Page 93, Line 16 through Page 93, Line 25
Page 94, Line 1 through Page 95, Line 10
Page 96, Line 7 through Page 98, Line 8
Page 98, Line 23 through Page 99, Line 23
Page 102, Line 8 through Page 104, Line 2
Page 105, Line 23 through Page 106, Line 7
Page 120, Line 4 through Page 121, Line 9
Page 123, Line 18 through Page 124, Line 17
Page 125, Line 23 through Page 126, Line 23

<u>Deposition of David H. Brooks, June 5, 2003</u>
Page 29, Line 20 through Page 31, Line 7

 

_____
Paula M. Junghans (Bar No. 00589)
PIPER RUDNICK LLP
1200 19th St NW
Washington DC  20036
(202) 861-3905
(202) 689-7537 FAX


_____
Melissa L. Mackiewicz (Bar No. 27005)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000
(410) 580-3001 FAX

Wash1 3747306