IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC.<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ALLEN PRICE, et al.<br><br>Defendants/Counter-Plaintiffs. | Civil Action No.<br><br>MJG-01 CV-3256 |

## NOTICE OF FILING LENGTHY EXHIBITS

Plaintiff/Counter-Defendant, Point Blank Body Armor, Inc.'s exhibits to its proposed second supplemental jury instructions exceed 15 pages in length and will, therefore be filed with the Clerk's office in paper format.

I hereby certify that within 24 hours of the filing of this Notice, paper copies of these exhibits will be filed with the Clerk's office and served upon opposing counsel via hand-delivery.

Respectfully submitted,

*Paula M. Junghans* (MCM)
Paula M. Junghans (Bar No. 00589)
Piper Rudnick LLP
1200 Nineteenth Street NW
Washington DC 20036-2412
(202) 861-3905
(202) 689-7537 *facsimile*

*[signature]*
_____
Melissa L. Mackiewicz (Bar No. 27005)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
(410) 580-3001 *facsimile*

Attorneys for Point Blank Body Armor, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibits was delivered via electronic case filing and hand-delivery to:

>Robert S. Brennen, Esquire
>William M. Krulak, Esquire
>Miles & Stockbridge
>10 Light Street
>Baltimore, Maryland 21202

_____
Melissa L. Mackiewicz