Case 1:01-cv-03256-MJG   Document 115   Filed 07/17/2003   Page 1 of 1

FILED ENTERED
LODGED RECEIVED

JUL 17 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Allen Price, et al

vs.

Point Blank Body Armor, Inc.

**Civil No. MJG-01-3256**  **Point Blank Body Armor, Inc. Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | September 14, 2001 resignation letter from Allen L. Price to Sandra Hatfield |
| 2 | | | September 14, 2001 resignation letter from Joseph Krummel to Sandra Hatfield |
| 3 | | | September 14, 2001 resignation letter from James Murray to Sandra Hatfield |
| 4 | July 15, 2003 | July 15, 2003 | September 13, 2001 letter of understanding between Gator Hawk Armor and USBE |
| 5 | | | October 17, 2001 "Dear Prospective Customer" letter from Gator Hawk |
| 6 | | | USBE Website print-out (6/15/2003) |
| 7 | | | USBE Website print-out (7/12/2003) |
| 8 | | | USBE Articles of Incorporation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

S. District Court (Rev. 3/1999) - Exhibit List