Allen Price, et al

vs.

Point Blank Body Armor, Inc.



JUL 17 2003

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Civil No. MJG-01-3256**                                   **Allen Price, et al  Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | July 14, 2003 | July 14, 2003 | June 13, 2000 letter from Allen L. Price to Sandra Hatfield |
| 2 | July 14, 2003 | July 14, 2003 | USBE Power Point ® presentation |
| 3 | July 14, 2003 | July 14, 2003 | December 22, 2000 letter from Allen L. Price to David Brooks |
| 4 | | | December 22, 2000 E-mail from Al Price to Joe Krummel and Jim Murray re DHB Offer |
| 5 | | | December 26, 2000 E-mail from Al Price to Bronson Hokuf Family, Bronson R. Hokuf, Jim Murray, Joe Krummel, and John Judway |
| 6 | July 14, 2003 | July 14, 2003 | December 26, 2000 letter from Al Price to Joe Krummel and Jim Murray |
| 7 | July 14, 2003 | July 14, 2003 | Draft Employment Agreement between Allen L. Price and Point Blank Body Armor, Inc. |
| 8 | July 14, 2003 | July 14, 2003 | Draft Employment Agreement between Joseph Krummel and Point Blank Body Armor, Inc. |
| 9 | July 14, 2003 | July 14, 2003 | Draft Employment Agreement between James Murray and Point Blank Body Armor, Inc. |
| 10 | July 14, 2003 | July 14, 2003 | January 9, 2001 letter from Allen L. Price to Sandra Hatfield |
| 11 | July 14, 2003 | July 14, 2003 | January 3, 2001 Summary of Employment Package between Allen Price and Point Blank Body Armor, Inc. |
| 12 | July 14, 2003 | July 14, 2003 | January 3, 2001 Summary of Employment Package between Joseph Krummel and Point Blank Body Armor, Inc. |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 13 | July 14, 2003 | July 14, 2003 | January 3, 2001 Summary of Employment Package between James Murray and Point Blank Body Armor, Inc. |
| 14 | July 14, 2003 | July 14, 2003 | January 18, 2001 stock certificate, Allen Price, owner. |
| 15 | July 14, 2003 | July 14, 2003 | January 18, 2001 stock certificate, Joseph Krummel, owner. |
| 16 | July 14, 2003 | July 14, 2003 | January 18, 2001 stock certificate, James Murray, owner. |
| 17 | July 14, 2003 | July 14, 2003 | Warrant to Purchase Shares of Common Stock issued to Allen Price. |
| 18 | July 14, 2003 | July 14, 2003 | Warrant to Purchase Shares of Common Stock issued to Joseph Krummel. |
| 19 | July 14, 2003 | July 14, 2003 | Warrant to Purchase Shares of Common Stock issued to James Murray. |
| 20 | July 14, 2003 | July 14, 2003 | Ronda Graves notes from exit interview (Hatfield Deposition Exhibit 26) |
| 21 | July 15, 2003 | July 15, 2003 | April 29, 1998 stock certificate, Joseph Krummel, owner. |
| 22 | July 15, 2003 | July 16, 2003 | May 19, 2001 E-mail from Joe Krummel to Sandra Hatfield. |
| 23 | July 15, 2003 | | June 22, 2001 E-mail from Joe Krummel to Frank Hermann |
| 24 | July 15, 2003 | | July 2, 2001 E-mail from Joe Krummel to DHB Armor |
| 25 | July 15, 2003 | July 15, 2003 | October 1, 2001 E-mail from Joe Krummel to Ronda Graves |
| 26 | | | October 23, 2001 E-mail from Carlos Carpintero to Joe Krummel |
| 27 | | | October 23, 2001 E-mail from Carlos Carpintero to Joe Krummel |
| 28 | | | October 31, 2001 E-mail from Joe Krummel to Carlos Carpintero |
| 29 | | | December 10, 2001 E-mail from Dawn Schlegel to Joe Krummel |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 30 | | | May 1, 2001 E-mail from Edward Lavigne to Al Price, Jim Murray, and Joe Krummel re NATICK CBD Notice |
| 31 | | | June 21, 2001 E-mail from Ed Lavigne to Jim Murray |
| 32 | | | Memo from Jim Murray to Ed Lavigne re patent application for ballistic dry suit |
| 33 | | | March 12, 2001 letter from Edward Lavigne to Gloria Tsui-Yip |
| 34 | | | July 5, 2001 E-mail from Ed Lavigne to Al Price |
| 35 | | | July 20, 2001 E-mail from Ronda Graves to Joe Krummel |
| 36 | July 14, 2003 | July 15, 2003 | December 31, 2001 E-mail from Catherine Dubbs to Allen Price |
| 37 | July 15, 2003 | July 15, 2003 | January 7, 2002 Morgan Stanley Telex re:Client Allen Price |
| 38 | July 15, 2003 | July 15, 2003 | January 7, 2002 Morgan Stanley Telex re:Client Joseph Krummel |
| 39 | July 15, 2003 | July 15, 2003 | January 7, 2002 Morgan Stanley Telex re:Client James Murray |
| 40 | July 15, 2003 | July 15, 2003 | Amended Notice to take Deposition of Designee of Plaintiff Point Blank |
| 41 | | | Notice to take Deposition of Designee of DHB Industries, Inc. |
| 42 | July 16, 2003 | July 16, 2003 | DHB stock trading price history |
| 43 | July 15, 2003 | July 16, 2003 | Form SB-2 filed by DHB Capital Group, Inc. in July 1997 |
| 44 | | | Gator Hawk press release |
| 45 | | | |
| 46 | July 14, 2003 | July 14, 2003 | Point Blank vest submitted in support of Defendants' motion for summary judgment |
| 47 | July 14, 2003 | July 14, 2003 | USBE Articles of Incorporation |

U.S. District Court (Rev. 3/1999) - Exhibit List

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 48 | July 14, 2003 | July 14, 2003 | September 14, 2001 resignation letter from Allen L. Price to Sandra Hatfield |
| 49 | July 16, 2003 | July 16, 2003 | 10ka form for period ending 12/31/01 |
| 50 | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List