ENTERED
RECEIVED

**Allen Price, et al**

**vs.**

**Point Blank Body Armor, Inc.**

FILED
LODGED

JUL 1 7 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Civil No. MJG-01-3256**

**Court's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | July 16, 2003 | July 16, 2003 | Calculation of securities transactions - January 3, 2002 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List



## CALCULATION OF SECURITIES TRANSACTIONS – JANUARY 3, 2000

**Mr. Allen Price:**

*Stock*

| | | |
|---|---|---|
| 10,000 shares of DHB stock | | $60,000.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$1,356.05</u> |
| | net | $58,638.95 |

*Warrants*

| | | |
|---|---|---|
| 30,000 shares of DHB stock | | $180,000.00 |
| | less $2/share cost | $60,000.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$3,539.98</u> |
| | net | $116,455.03 |

**Mr. Joseph Krummel:**

*Stock*

| | | |
|---|---|---|
| 5,000 shares of DHB stock | | $30,000.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$810.06</u> |
| | net | $29,184.94 |

*Warrants*

| | | |
|---|---|---|
| 22,500 shares of DHB stock | | $135,000.00 |
| | less $2/share cost | $45,000.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$2,721.01</u> |
| | net | $87,273.99 |

**Mr. James Murray:**

*Stock*

| | | |
|---|---|---|
| 1,250 shares of DHB stock | | $7,500.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$272.54</u> |
| | net | $7,222.46 |

*Warrants*

| | | |
|---|---|---|
| 10,000 shares of DHB stock | | $60,000.00 |
| | less $2/share cost | $20,000.00 |
| | less handling fee | $5.00 |
| | less commission | <u>$1,356.05</u> |
| | net | $38,638.95 |

**UNPAID SALARY – WEEK OF SEPTEMBER 22 – 28, 2001**

**Mr. Allen Price:**          **$2,884.61**

**Mr. Joseph Krummel:**    **$2,500.00**

**Mr. James Murray:**       **$1,250.00**