IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Allen Price, et al                    *

                                      *

vs.                                   Case No.: MJG-01-3256

                                      *

Point Blank Body Armor, Inc.

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal

| PLAINTIFF'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| All Plaintiff's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date

Counsel for Allen Price, et al            Counsel for Point Blank Body Armor, Inc

_____           _____
Robert Scott Brennen                      Paula M. Junghans

Date:  ____July 16, 2003____