ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-01-3256 |
| ALLEN PRICE, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## VERDICT

A. **SALARY**

1. Have the Individuals proven by a preponderance of the evidence that they are entitled to compensation for salary for the week of September 21, 2001?

   a. Mr. Price      __Yes__
                     (Yes or No)

   b. Mr. Krummel    __Yes__
                     (Yes or No)

   c. Mr. Murray     __Yes__
                     (Yes or No)

   If your answer is "No," as to each person do not answer any further questions in this Section and proceed to the next section. As to each person as to whom your answer is "Yes," proceed to question 2.

2. What amount of salary, if any, have the Individuals proven by a preponderance of the evidence that they are entitled for the week of September 21, 2001?

    a.    Mr. Price        $ 2,884.61

    b.    Mr. Krummel    $ 2,500.00

    c.    Mr. Murray     $ 1,250.00

3. Have the Individuals proven by a preponderance of the evidence that the Company did not withhold payment of their salary for the week of September 21, 2001 by virtue of a bona fide dispute?

    a.    Mr. Price        Yes
                              (Yes or No)

    b.    Mr. Krummel    Yes
                              (Yes or No)

    c.    Mr. Murray     Yes
                              (Yes or No)

If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 4.

4. What additional amount, if any, up to three times the amount of any award in response to Question 2, do you award the following Individuals with regard to their salary for the week of September 21, 2001?

    a.    Mr. Price        $ 8,653.83

    b.    Mr. Krummel    $ 7,500.00

    c.    Mr. Murray     $ 3,750.00

B. **STOCK**

    1.    Have the Individuals proven by a preponderance of the evidence that they were entitled to receive unrestricted stock rather than restricted stock?

                                        ___Yes___
                                        (Yes or No)

        If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 2.

    2.    Have the Individuals proven by a preponderance of the evidence that if they had received unrestricted shares they would have sold them on January 3, 2002?

                                        ___Yes___
                                        (Yes or No)

        If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 3.

    3.    What amount, if any, have the Individuals proven by a preponderance of the evidence that they would have netted had they sold their shares on January 3, 2002?

        a.    Mr. Price              $ __58,638.95__

        b.    Mr. Krummel          $ __29,189.94__

        c.    Mr Murray             $ __7,222.46__

3

4.  Have the Individuals proven by a preponderance of the evidence that the Company did not provide them with unrestricted rather than restricted shares by virtue of a bona fide dispute?

    a.  Mr. Price            Yes
                                   (Yes or No)

    b.  Mr. Krummel         Yes
                                   (Yes or No)

    c.  Mr. Murray          Yes
                                   (Yes or No)

If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 5.

5.  What additional amount, if any, up to three times the amount you awarded in response to Question 3, do you award the Individuals with regard to the receipt of restricted stock?

    a.  Mr. Price     $ ~~58,638.95~~ 175,916.85 *[initialed J.W.]*

    b.  Mr. Krummel   $ ~~29,184.94~~ 87,554.82 *[initialed J.W.]*

    c.  Mr. Murray    $ ~~7,222.46~~ 21,667.38 *[initialed J.W.]*

4

C. **WARRANTS**

    1. Have the Individuals proven by a preponderance of the evidence that on September 28, 2001, when they left the employ of the Company, their rights to receive warrants for nine months had vested?

                                             __Yes__
                                           (Yes or No)

       If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 2.

    2. Have the Individuals proven by a preponderance of the evidence that they were entitled to receive Warrants to purchase unrestricted stock rather than restricted stock?

                                             __Yes__
                                           (Yes or No)

       If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 3.

    3. Have the Individuals proven by a preponderance of the evidence that if they had received warrants for unrestricted shares they would have executed them and sold the stock received on January 3, 2002?

                                             __Yes__
                                           (Yes or No)

       If your answer is "No," do not answer any further questions in this Section and proceed to the next Section. If your answer is "Yes," proceed to question 4.

4. What amount, if any, have the Individuals proven by a preponderance of the evidence that they would have netted had they executed their warrants and sold the stock received on January 3, 2002?

   a. Mr. Price      $ 116,455.03

   b. Mr. Krummel    $ 87,273.99

   c. Mr. Murray     $ 38,638.95

5. Have the Individuals proven by a preponderance of the evidence that the Company did not provide them with warrants for restricted rather than unrestricted shares by virtue of a bona fide dispute?

   a. Mr. Price      Yes
                     (Yes or No)

   b. Mr. Krummel    Yes
                     (Yes or No)

   c. Mr. Murray     Yes
                     (Yes or No)

   If your answer is "No," do not answer any further questions in this Section. If your answer is "Yes," proceed to question 6.

6. What additional amount, if any, up to three times the amount you awarded in response to Question 4, do you award the following Individuals with regard to the receipt of warrants?

   a. Mr. Price      $ 0.00

   b. Mr. Krummel    $ 0.00

   c. Mr. Murray     $ 0.00

The foregoing constitutes the unanimous verdict of the jury.

Date: July 16, 2003                    _____
                                            Foreperson