

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### 101 WEST LOMBARD STREET
### BALTIMORE, MARYLAND 21201

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL 17 P 1 55

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**Chambers of**
**Hon. Marvin J. Garbis**
**United States District Judge**
**410-962-7700**

July 17,

TO ALL COUNSEL OF RECORD

Re: <u>Point Blank v. Price, MJG-01-3256</u>

Dear Sir/Madam:

I wish to proceed toward the entry of judgment in this case and find that there are several matters, including whatever counsel present in post trial motions that must be addressed. I will, therefore, provide a deadline for the filing of post trial motions and for memoranda addressing the issues raised herein.

I intend to award prejudgment interest with regard to the basic awards - not any multiples thereof. Under Maryland law the prejudgment interest rate is 6% simple. Any party disagreeing should address this point.

The basic amounts awarded appear to be in line with the parties' agreement. Any party not agreeing to those amounts must address the matter.

It appears that the Defendants would be awarded all assessable costs and may be awarded some legal fees.

As to additional awards under the wage law, it is for the Court, and not the jury, to decide whether to make a legal fee award and how much. The parties must address whether I should award legal fees with regard to the salary, stock and warrant recoveries and the amount to be awarded. In particular, the Individuals must present evidence and their positions with regard to the amount of fee fairly allocable to the salary issue should I decide that an award of fees should be made with regard to that issue but not the others. I suggest that the parties consider

c/m 7/1 '03

COUNSEL OF RECORD
July 17, 2003
Page No. 2

agreement to the referral of fee amount determinations for
binding arbitration before a practicing attorney mutually
selected.

If, as seems inevitable, there will be post trial motions
for JMOL etc., these must be filed together with whatever else
the parties may wish to file.

Inasmuch as I will be delaying the entry of Judgment until
after I hear from counsel, each side shall file its response to
this letter plus any post trial motions by August 4[1], with
responses due August 15 and replies due August 24.

Although informal, this letter constitutes an Order of this
Court.

Yours truly,

Marvin J. Garbis
United States District Judge

CC: Clerk of Court

_____

All dates referred to herein are in the year 2003