IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Allen Price, et al                    *

vs.                            Case No.: MJG-01-03256

Point Blank Body Armor, Inc.

******

### AUTHORIZATION FOR JUROR MEAL

The United States Marshal is directed to provide meals, lodging, or refreshments for the jury while the jury is deliberating.

| DATE | JURY RECEIVED |
|---|---|
| July 16, 2003 | Complete Lunch |
|  |  |
|  |  |
|  |  |
|  |  |

Number of Jurors    9

Name of C.S.O./U.S.M _____

IT IS SO AUTHORIZED this ____ day of July, 2003

_____
Felicia C. Cannon
Clerk

.S. District Court (Rev. 5/2000) - Order for Jury Meals, etc