UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| POINT BLANK BODY ARMOR, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| ALLEN PRICE, | * | |
| JOSEPH KRUMMEL, and | * | |
| JAMES MURRAY | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | Civil Action No. MJG 01 CV 3256 |
| | * | |
| ALLEN PRICE, | * | |
| JOSEPH KRUMMEL, and | * | |
| JAMES MURRAY | * | |
| | * | |
| Counter-plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| POINT BLANK BODY ARMOR, INC. | * | |
| | * | |
| Counter-defendant. | * | |

## MOTION FOR COUNSEL FEES AND COSTS

Defendants and Counter-Plaintiffs, by their undersigned counsel, pursuant to M<small>D</small> C<small>ODE</small> A<small>NN</small>. L<small>ABOR AND</small> E<small>MPLOYMENT</small> §3-507.1 (b) (the "Wage Act") and L.R. 109.2, and the Court's Order of July 17, 2003, and for the reasons set forth in the accompanying memorandum of law, hereby move for recovery of the reasonable counsel fees and other costs associated with their counterclaims against Plaintiff, Point Blank Body Armor, Inc. ("Point Blank").

                                                                Respectfully submitted,

Dated:       August 4, 2003

                                                          _____/s/_____
                                                          Robert S. Brennen (04499)
William M. Krulak, Jr. (26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (FAX)

Attorneys for Defendants and Counter-Plaintiffs Allen Price, Joseph Krummel and James Murray