UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| | * |
| Defendants. | * |
| | *   Civil Action No. MJG 01 CV 3256 |
| | * |
| ALLEN PRICE, | * |
| JOSEPH KRUMMEL, and | * |
| JAMES MURRAY | * |
| | * |
| Counter-plaintiffs, | * |
| | * |
| v. | * |
| | * |
| POINT BLANK BODY ARMOR, INC. | * |
| | * |
| Counter-defendant. | * |

**ORDER**

AND NOW, upon consideration of Defendants and Counter-Plaintiffs' Motion for Counsel Fees and Costs, Memorandum in Support of Defendants and Counter-Plaintiffs' Motion for Counsel Fees and Costs, and any opposition thereto, and good cause having been shown,

IT IS HEREBY ORDERED, this _____ day of _____, 2003, that Defendants and Counter-Plaintiffs' Motion for Counsel Fees and Costs is hereby GRANTED; and it is further

ORDERED that Plaintiff and Counter-Defendant, Point Blank Body Armor, Inc., pay to Defendants and Counter-Plaintiffs, Allen Price, Joseph Krummel, and James Murray, $_____.

_____
The Honorable Marvin J. Garbis
United States District Court Judge