

# INVOICE

**GORE BROTHERS**
Reporting & Video Company, Inc.

**TOWSON REPORTING COMPANY**

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

ROBERT S. BRENNEN, ESQUIRE
MILES & STOCKBRIDGE
10 LIGHT STREET
BALTIMORE, MARYLAND  21202
410-727-6464  FAX 410-385-3700

July  5, 2002

Invoice# 10057721

Balance:     $830.00


Caption: POINT BLANK V PRICE

Scheduled: 06/25/02    Billed: 07/05/02
Reporter: R. DWAYNE HARRISON

| Charge Description | Amount |
|---|---|
| 471 PAGES @ $1.75 PER PAGE (COPY) | 824.25 |
| POSTAGE & HANDLING | 5.75 |

FOR THE DEPOSITIONS OF J. KRUMMEL (196 PGS)
J. MURRAY (34 PGS VOLUME I), TAKEN ON 6/25/02
J. MURRAY (53 PGS VOLUME II) A. PRICE (188 PGS)
TAKEN ON 6/26/02


SIGNED ORDER FORM.


            P l e a s e   R e m i t   - - - >   Total Due:    $830.00

**Please tear off stub and return with payment.**

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS


GORE BROTHERS REPORTING & VIDEO CO.          INVOICE# 10057721
115 West Mulberry Street
Baltimore, MD  21201                         BALANCE$     830.00


**Accepting Visa, Mastercard and American Express**

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

## TOWSON REPORTING COMPANY

August 5, 2002

Invoice# 10058520

Balance: $1,385.45

---

ROBERT S. BRENNEN, ESQUIRE
MILES & STOCKBRIDGE
10 LIGHT STREET -12TH FLR.
BALTIMORE, MARYLAND 21202
410-727-6464  FAX 410-385-3700

Caption: POINT BLANK V PRICE

Scheduled: 07/24/02    Billed: 08/05/02
Reporter: R. DWAYNE HARRISON

| Charge Description | Amount |
|---|---|
| 409 PAGES @ $3.30 PER PAGE (ORIGINAL & 1) READING AND SIGNING | 1,349.70 |
| POSTAGE & HANDLING | 30.00 |
| | 5.75 |

FOR THE DEPOSITION OF SANDRA HATFIELD,
TAKEN ON JULY 24, 2002.

ORIGINAL IS BEING READ AND SIGNED.

SIGNED ORDER FORM.

Please tear off stub and return with payment.

p l e a s e   R e m i t  - - - >    Total Due: $1,385.45

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS

---

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

INVOICE# 10058520

BALANCE$   1,385.45

*Accepting Visa, Mastercard and American Express*

**CRC-Salomon**
9515 Deereco Road
Suite 200
Timonium, MD 21093
(410) 821-4888    Fax: (410) 821-4889

Job #: 030507BBR
Job Date: 05/07/2003
Order Date: 05/07/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 22067
Inv.Date: 05/19/2003
Balance: $389.35

**Bill To:**
Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Action: **Point Blank Body Armor**
vs
**Price, Alan**
Action #:
Rep: Bonnie Russo
Cert:

| Item | Proceeding/Witness | Description | Quantity | Units | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Allen Price | Copy | 91 | Pages | $2.25 | $204.75 |
| 2 | Allen Price | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 3 | James Murray | Copy | 72 | Pages | $2.25 | $162.00 |
| 4 | James Murray | Min-U-Script | 1.00 | Booklet | $0.00 | $0.00 |
| 5 | | Exhibits | 39.00 | Copies | $0.25 | $9.75 |
| 6 | | Shipping & Handling | 1.00 | Labor | $12.85 | $12.85 |

**Comments:**
Thank You For Your Business

Sub Total: $389.35
Shipping: $0.00
Tax: N/A
Total Invoice: $389.35
Payment: $0.00
Balance Due: $389.35

Federal Tax I.D.: 52-1938692
Terms: Due Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

**Deliver To:**
Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

# Invoice

Phone: (410) 821-4888
Fax: (410) 821-4889

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Invoice #: 22067
Inv.Date: 05/19/2003
Balance: $389.35
Job #: 030507BBR
Job Date: 05/07/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #: (202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

Payment is due 30 days from invoice date.

**Invoice Date:** 5/28/2003

**Invoice No.** 40974

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

To: Robert S. Brennen, Esq.
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202-1487

Atty.Acct. No.: 10929
Case/Matter No.:
Our Ref. No.: 5555-1
Your Ref. No.:
Location: Towson, MD

RE: Point Blank Armor vs. Allen Price, et al
Witness: Joseph Krummel
Proceeding Date: 5/13/2003

Classified:

| Rainmaker Litigation Package Includes: | Qty | Amount | Charges |
|---|---|---|---|
| Certified Copy | 43.00 | 2.75 | $118.25 |
| Exhibits (First 100 Pages Free) - 1-4 | 13.00 | 0.00 | $0.00 |
| Free E-Transcript | 1.00 | 0.00 | $0.00 |
| Free ASCII Disk | 1.00 | 0.00 | $0.00 |
| Free Overnight Shipping | 1.00 | 0.00 | $0.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

Account #:
Registered To:
Expiration Date:
Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $118.25 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $118.25 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager @ 202-789-6308.

**Thank You For Your Business**

**TOTAL BALANCE DUE:** $118.25

*Alderson Reporting Co., Inc.*
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

Payment is due 30 days from invoice date.

**Invoice Date:** 5/28/2003

**Invoice No.** 40973

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

To: Robert S. Brennen, Esq.
Miles & Stockbridge PC
10 Light Street
Baltimore, MD 21202-1487

Atty.Acct. No.: 10929
Case/Matter No.:
Our Ref. No.: 5555-2
Your Ref. No.:
Location: Towson, MD

RE: Point Blank Armor vs. Allen Price, et al
Witness: Scott E Bauermaster
Proceeding Date: 5/13/2003

Classified:

| Rainmaker Litigation Package Includes: | Qty | Amount | Charges |
|---|---|---|---|
| Certified Copy - Scott E Bauermaster | 77.00 | 2.75 | $211.75 |
| Exhibits (First 100 Pages Free) - 1-6 | 15.00 | 0.00 | $0.00 |
| Free E-Transcript | 1.00 | 0.00 | $0.00 |
| Free ASCII Disk | 1.00 | 0.00 | $0.00 |
| Free Overnight Shipping | 1.00 | 0.00 | $0.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

Account #: 
Registered To:
Expiration Date:
Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $211.75 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $211.75 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager @ 202-789-6308.

**Thank You For Your Business**

**TOTAL BALANCE DUE:** $211.75

**LEGALINK**
A WORDWAVE COMPANY
LegaLink Manhattan
420 Lexington Ave
Suite 2108
New York, NY 10170
tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171
www.legalink.com
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 65550 | 06/20/2003 | 1801-47098 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/05/2003 | FISCMI | |

| CASE CAPTION |
|---|
| Point Blank Body Armor, Inc. vs. Price, et al. |

| TERMS |
|---|
| Due upon receipt |

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Dawn Schlegal                        131 Pages @       5.25/Page          687.75
        Appearance Fee (B)                                                    100.00
        ASCII - Ordering Party                                                 35.00
        Compressed Transcript                                                  35.00

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    David Brooks                          69 Pages @       5.25/Page          362.25
        ASCII - Ordering Party                                                 35.00
        Compressed Transcript                                                  35.00
        FedEx - First Overnight                                                23.04

                                              TOTAL   DUE  >>>>             1,313.04

                                              AFTER 7/20/2003 PAY           1,444.34
```

LegaLink has a new logo and a new website! Visit www.legalink.com to see our new look and all of the great services available to you.

TAX ID NO.: 13-2661069                                               (410) 385-3653

*Please detach bottom portion and return with payment.*

Robert S. Brennen, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487

```
Invoice No.:   65550
Date       :   06/20/2003
TOTAL DUE  :   1,313.04
AFTER 7/20/2003 PAY : 1,444.34


Job No.    :   1801-47098
Case No.   :
Point Blank Body Armor, Inc. vs. Pric
```

Remit To:   **LegaLink Manhattan**
**420 Lexington Avenue, Suite 2108**
**New York, NY 10170**



MILES & STOCKBRIDGE P.C. ATTORNEYS-AT-LAW

| DATE | INVOICE NUMBER | MEMO | | | | BALANCE |
|---|---|---|---|---|---|---|
| 07/02/2003 | CH REQUEST | G2839 | 00 - | -55 0 | -12000-00000 59.32 | |

CHECK DATE

| 07/02/2003 | 000502778 | FILE COPY | TOTAL | 59.32 |

OMNIFORM, INC., 800.859.3379

| DATE | INVOICE NUMBER | MEMO | | | BALANCE |
|---|---|---|---|---|---|
| 07/02/2003 | CH REQUEST | G2839 | - | 00 -55 -12000-00000 0 | 59.32 |

| CHECK DATE | | | | | |
|---|---|---|---|---|---|
| 07/02/2003 | 000502777 | FILE COPY | | TOTAL | 59.32 |

OMNIFORM, INC., 800.859.3379

MILES & STOCKBRIDGE P.C. — ATTORNEYS-AT-LAW — 0018009 - Morgan Stanley Dean Witter

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|---|---|---|---|
| 07/02/2003 | CH REQUEST | G2839 - 00 - 55 -12000-00000  0    59.32 | |

| CHECK DATE | | FILE COPY | TOTAL | |
|---|---|---|---|---|
| 07/02/2003 | 000502776 | | | 59.32 |

OMNIFORM, INC., 800.859.3379

Case 1:01-cv-03256-MJG   Document 824-2   Filed 08/04/2003   Page 11 of 12

MILES & STOCKBRIDGE P.C.   ATTORNEYS-AT-LAW   0022990 Scott E. Bauermaster   502993

| DATE | INVOICE NUMBER | MEMO | | | BALANCE |
|---|---|---|---|---|---|
| 07/08/2003 | CH REQUEST | | 00 -55 -12000-00000 | | |
| | | G2839 | - 0 | 50.11 | |

| CHECK DATE | | | | | |
|---|---|---|---|---|---|
| 07/08/2003 | 000502993 | FILE COPY | | TOTAL | 50.11 |

OMNIFORM, INC., 800.859.3379