**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| Plaintiff, | * |
| v. | * |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * |
| Defendants. | *   Civil Action No. MJG 01 CV 3256 |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * |
| Counter-plaintiffs, | * |
| v. | * |
| POINT BLANK BODY ARMOR, INC. | * |
| Counter-defendant. | * |

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits to Defendants' and Counter-Plaintiffs' Reply to Point Blank's Opposition to Defendants' Motion for Counsel Fees and Costs exist only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: August 25, 2003

                                                           /s/
Robert S. Brennen (04499)
William M. Krulak (26452)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (FAX)

Attorneys for Defendants and Counter-plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\721086\3