IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

POINT BLANK BODY ARMOR, INC.    *

       Plaintiff    *

   vs.    * CIVIL ACTION NO. MJG-01-3256

ALLEN PRICE, et al.    *

       Defendants    *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has ruled upon post trial motions.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Allen Price against Plaintiff Point Blank Body Armor, Inc. dismissing all claims made by Point Blank with prejudice, awarding the sum of $213,487.20 with post Judgment interest and all assessable costs.

2. Judgment shall be, and hereby is, entered in favor of Defendant Joseph Krummel against Plaintiff Point Blank Body Armor, Inc. dismissing all claims made by Point Blank with prejudice, awarding the sum of $145,596.60 with post Judgment interest and all assessable costs.

3. Judgment shall be, and hereby is, entered in favor of Defendant James Murray against Plaintiff Point Blank Body Armor, Inc. dismissing all claims made by Point Blank with prejudice, awarding the sum of $58,472.00 with post Judgment interest and all assessable costs.

4. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

     5.    This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Friday, 14 November, 2003</u>.

                                                _____/ s /_____
                                                Marvin J. Garbis
                                      United States District Judge