UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| POINT BLANK BODY ARMOR, INC. | * |
| Plaintiff, | * |
| v. | * |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * |
| Defendants. | * Civil Action No. MJG 01 CV 3256 |
| ALLEN PRICE, JOSEPH KRUMMEL, and JAMES MURRAY | * |
| Counter-plaintiffs, | * |
| v. | * |
| POINT BLANK BODY ARMOR, INC. | * |
| Counter-defendant. | * |

## NOTICE OF SATISFACTION OF JUDGMENT

Defendants and Counter-Plaintiffs, Allen Price, Joseph Krummel, and James Murray, by their undersigned attorneys, hereby give notice that the judgments entered by the Court in their favor and against Plaintiff and Counter Defendant Point Blank Body Armor, Inc. have been and are fully paid and satisfied.

Dated: December 12, 2003

                                                        /s/
                                      Robert S. Brennen (04499)
                                      William M. Krulak (26452)
                                      MILES & STOCKBRIDGE P.C.
                                      10 Light Street, Suite 1200
                                      Baltimore, Maryland 21202
                                      (410) 727-6464

Attorneys for Defendants and Counter-Plaintiffs Allen Price, Joseph Krummel and James Murray

::ODMA\PCDOCS\BALT01\786901\1